IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| ALEXANDER BAYONNE STROSS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-187-LY |
| | § | |
| ALIBABA GROUP INC., | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On May 20, 2022, Plaintiff filed a Notice of Voluntary Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #11). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __31st__ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE